TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531)
A. James Isbester (State Bar No. 129820)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: djfurniss@townsend.com
       jisbester@townsend.com

Attorneys for specially appearing defendant
Wi-LAN, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION and ATHEROS COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. | Case No. C 08-CV-5543 EMC <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Specially appearing defendant Wi-LAN, Inc., by and through its counsel, requests that defendant's time to answer or otherwise respond to the complaint herein be extended until February 2, 2009.

This stipulated request is made on the grounds that defendant requires the additional time in which to prepare an appropriate response. The complaint in this case was filed on December 10, 2008. Defendant's time to respond to the complaint has not been previously extended by order or stipulation. Neither Plaintiff Broadcom Corporation nor Atheros Communications, Inc. opposes defendant's requested extension.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT                                                                                              - 1 -
CASE NO. C 08-CV-5543 EMC
Dallas 270376v1

1 | So stipulated,

2

3 | Dated: December 31, 2008         TOWNSEND AND TOWNSEND AND CREW LLP

4

5 |                                  By:      /S/
                                   A. James Isbester (SBN 129820)
6 |                                  Email: jisbester@townsend.com
                                   TOWNSEND AND TOWNSEND AND
7 |                                    CREW LLP
                                   Two Embarcadero Center Eighth Floor
8 |                                  San Francisco, CA 94111
                                   Telephone: (415) 576-0200
9 |                                  Facsimile: (415) 576-0300

10

11 |                                 Attorneys for specially appearing defendant
                                   Wi-LAN, Inc.

12 | Dated: December 31, 2008         LATHAM & WATKINS, LLP

13

14 |                                 By:      /S/
                                   Eli T. Ticatch (SBN 234108)
15 |                                 Eli.ticatch@lw.com
                                   Latham & Watkins, LLP
16 |                                 650 Town Center Drive, 20th Floor
                                   Orange County, California 92626-1925
17 |                                 Telephone: (714) 540-1235
                                   Facsimile: (714) 755-8290

18

19 |                                 Attorneys for plaintiff Broadcom Corporation

20 | Dated: December 31, 2008         REED SMITH, LLP

21 |                                 By:      /S/
22 |                                 Jonah D. Mitchell
                                   jmitchellsbaker@reedsmith.com
23 |                                 Reed Smith LLP
                                   Two Embarcadero Center, Suite 2000
24 |                                 San Francisco, California 94111
                                   Telephone: (415) 543-8700
25 |                                 Facsimile: (415) 391-8269

26 |                                 Attorneys for Atheros Communications, Inc.

27

28

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT                                                                  - 2 -
CASE NO. C 08-CV-5543 EMC
Dallas 270376v1

1

2      Upon the parties' stipulation, and good cause appearing therefor, it is **SO ORDERED**.

3

4    Dated: 1/5/09 , ~~2008~~            By: _____

5

*IT IS SO ORDERED*

*Judge Edward M. Chen*

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT                                                                 - 3 -
CASE NO. C 08-CV-5543 EMC

Dallas 270376v1