1  C. Larry O'Rourke (State Bar No. 219255)
   larry.o'rourke@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   3300 Hillview Ave
3  Palo Alto, California 94304-1203
   Telephone:   (650) 849-6600
4  Facsimile:    (650) 849-6666

5  Roger D. Taylor (To Be Admitted *Pro Hac Vice*)
   roger.taylor@finnegan.com
6  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P
   303 Peachtree Street, N.E.
7  Atlanta, GA  30308-3263
   Telephone: (404) 653-6400
8  Facsimile:  (404) 653-6444

9  Linda Thayer (State Bar No. 195115)
   linda.thayer@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   55 Cambridge Parkway
11 Cambridge, Massachusetts 02142-1215
   Telephone:   (617) 452-1600
12 Facsimile:    (617) 452-1666

13 Attorneys for Plaintiffs
   MARVELL SEMICONDUCTOR, INC.
14 and MARVELL ASIA PTE., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION,<br>                Plaintiff,<br>     v.<br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br>                Defendant. | Case No. 5:08-cv-4555 (JW)<br><br>Honorable James Ware<br><br>**[PROPOSED] ORDER GRANTING MARVELL SEMICONDUCTOR, INC. AND MARVELL ASIA PTE. LTD.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Civ. L.R. 3-12]** |

GRANTED
*James Ware*
Judge James Ware
1/16/2009

**This Document Relates to:**

*Marvell Semiconductor, Inc. and Marvell Asia Pte. Ltd. v. Wi-LAN, Inc.*

N.D. Cal. Case No. 5:08-cv-05544 JW

This matter comes before the Court in Marvell Semiconductor, inc. and Marvell Asia Pte. Ltd's ("Marvell") Administrative Motion to Consider Whether Cases Should be Related, filed on December 16, 2008, pursuant to Civil Local Rule 3-12. The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing,

HEREBY GRANTS Marvell's Administrative Motion to Consider Whether Cases Should be Related.

**IT IS SO ORDERED** that the following cases are related within the meaning of Local Rule 3-12(e):

| | |
|---|---|
| *Intel Corporation v. Wi-LAN, inc., et al.* | Case No. 5:08-cv-4555 (JW) |
| *Broadcom Corporation, et al. v. Wi-LAN, Inc.* | Case No. C 08-05543 EMC |
| *Marvell Semiconductor, Inc., et al. v. Wi-LAN,Inc.* | Case No. 5:08-cv-05544 (JW) |

This order also terminates Docket Item No. 23 in Case No. 08-04555 JW.

Dated: Jan 16, 2009

_____
The Honorable James Ware
United States Magistrate Judge

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 4 | INTEL CORPORATION, | Case No. 5:08-cv-4555 (JW) |
| 5 | Plaintiff, | |
| | | **PROOF OF SERVICE** |
| 6 | v. | |
| 7 | WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP., | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |

**This Document Relates to:**

*Marvell Semiconductor, Inc. and Marvell Asia Pte. Ltd. v. Wi-LAN, Inc.*

N.D. Cal. Case No. 5:08-cv-05544 JW

I hereby certify that a copy of the **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** will be served via the Court's electronic case filing system on the following:

    Adam R. Alper
    Christian Chadd Taylor
    Kirkland & Ellis LLP
    555 California Street, 24th Floor
    San Francisco, CA 94101-1501
    aalper@kirkland.com
    ctaylor@kirkland.com

    Gregory S. Arovas
    John M. Desmarais
    Kirkland & Ellis LLP

| | |
|---|---|
| 1 | 153 East 53rd Street |
| | New York, NY 10022-4675 |
| 2 | garovas@kirkland.com |
| | jdesmarais@kirkland.com |
| 3 | *Attorneys for Plaintiff Intel Corporation* |
| 4 | A. James Isbester |
| | Townsend and Townsend and Crew LLP |
| 5 | Two Embarcadero Center, Eighth Floor |
| | San Francisco, CA 94111 |
| 6 | Jamie@itpatentcounsel.com |
| | *Attorney for Defendant Wi-LAN, Inc.* |

DATED: December 16, 2008

       /s/ C. Larry O'Rourke
         C. Larry O'Rourke